IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA ANTHONY HUFF**                                                          **PLAINTIFF**
**ADC #174105**

v.                  No: 4:23-cv-00626-KGB-PSH

**MARCUS I. ETHERLY,** *et al.*                                        **DEFENDANTS**

## ORDER

On August 21, 2023, a summons was returned unexecuted as to defendant Captain Marcus Etherly (Doc. No. 8). His last known address was provided under seal. Accordingly, service will be attempted at that address. The Clerk of the Court is directed to prepare a summons for defendant Etherly, and the United States Marshal is directed to serve a copy of the complaint (Doc. No. 2), this order, and summons, upon him at the address under seal, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE