# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOSHUA ANTHONY HUFF
ADC #174105                                                              PLAINTIFF

v.                          No. 4:23-cv-626-DPM-PSH

MARCUS I. ETHERLY, Captain, EARU,
ADC and FRANKLIN GRAHAM,
Sergeant, EARU, ADC                                                      DEFENDANT

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 53*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Huff's motion for a temporary restraining order, *Doc. 41*, is denied. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 March 2025