# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOSHUA ANTHONY HUFF  
ADC #174105   PLAINTIFF

v.  No. 4:23-cv-626-DPM

MARCUS I. ETHERLY, Captain, EARU,  
ADC; and FRANKLIN GRAHAM,  
Sergeant, EARU, ADC   DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, *Doc. 66*, granted. Huff hasn't updated his address; his mail is still being returned undelivered. *Doc. 68 & 69*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

26 June 2025