# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOSHUA ANTHONY HUFF                                                                                    PLAINTIFF
ADC #174105

v.                                            No. 4:23-cv-626-DPM

MARCUS I. ETHERLY, Captain, EARU,
ADC; TYRONE D. ALLISON, Major,
EARU, ADC; CHRISTOPHER
JOHNSON, Deputy Warden, EARU, ADC;
MOSES JACKSON, Head Warden, EARU,
ADC; and FRANKLIN GRAHAM,
Sergeant, EARU, ADC                                                                                   DEFENDANTS

## JUDGMENT

Huff's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2025